IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICKI PORTIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-cv-477-MEF |
| | ) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, *et al.,* | ) ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On August 20, 2013, the Magistrate Judge filed a Recommendation (Doc. #5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for plaintiff's failure to pay the filing fee, her failure to comply with the orders of the court, and her failure to properly prosecute this cause of action.

DONE this the 16th day of September, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE